

FILED
CLERK, U.S. DISTRICT COURT

APR - 4 2000

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

February 2000 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA | CR 00- 344 |
| Plaintiff, | I N D I C T M E N T |
| v. | [21 U.S.C. §§ 963, 952(a): |
| JACOB ORGAD,<br> aka Tony Evans,<br> aka "Koki," | Conspiracy to Import a<br>Controlled Substance; 21 U.S.C<br>§ 952(a): Importation of a |
| ANDRE LNU,<br>DAVID LEVY,<br>MELISSA SCHWARTZ, | Controlled Substance; 21<br>U.S.C. § 959: Distribution of<br>a Controlled Substance With |
| aka "Lisa,"<br> aka "Natalie,"<br> aka "Natalya," | Intent or Knowledge That it<br>Will be Unlawfully Imported<br>Into the United States; 18 |
| KEVIN J. McLAUGHLIN,<br> aka "Steve," | U.S.C. § 1956(a)(2)(A):<br>Laundering of Monetary |
| AARON CAIN McKNIGHT,<br> aka "Chris,"<br> aka "Mark," | Instruments; 18 U.S.C. § 2:<br>Aiding and Abetting and<br>Causing an Act to be Done] |
| DAISY LENGKONG,<br> aka "Beverly," | |
| SHIRLEY SALAKI,<br> aka "Sherry," | |
| MATTHEW CARLETON,<br>TIMOTHY DRESLINSKI,<br>JAMES SIMMS,<br>CINDY LENGKONG,<br>D'LISA LEDGEWOOD,<br>TILDA KIM, | |
| Defendants. | |





JJS:jjs

The Grand Jury charges:

## COUNT ONE

[21 U.S.C. §§ 963, 952(a)]

Beginning in or about February 1999, and continuing until on or about April 4, 2000, within the Central District of California and elsewhere, defendants JACOB ORGAD, aka Tony Evans, aka "Koki" ("ORGAD"), ANDRE LNU, DAVID LEVY ("LEVY"), MELISSA SCHWARTZ, aka "Lisa," aka "Natalie," aka "Natalya" ("SCHWARTZ"), KEVIN J. McLAUGHLIN, aka "Steve" ("McLAUGHLIN"), AARON CAIN McKNIGHT, aka "Chris," aka "Mark" ("McKNIGHT"), DAISY LENGKONG, aka "Beverly" ("DAISY LENGKONG"), SHIRLEY SALAKI, aka "Sherry" ("SALAKI"), MATTHEW CARLETON ("CARLETON"), TIMOTHY DRESLINSKI ("DRESLINSKI"), JAMES ("Jimmy") SIMMS ("SIMMS"), CINDY LENGKONG, D'LISA LEDGEWOOD ("LEDGEWOOD"), TILDA KIM ("KIM"), and others, known and unknown, knowingly and willfully conspired and agreed with each other to commit the following offense against the United States: Importation of a Controlled Substance, namely 3,4-methylenedioxymethamphetamine ("MDMA"), (commonly known as "ecstasy"), in violation of 21 U.S.C. § 952(a).

## II. MEANS OF THE CONSPIRACY

The object of the conspiracy was to be accomplished in substance as follows:

1. ORGAD would direct SCHWARTZ and McLAUGHLIN to travel to Paris, France for the purpose of picking up loads of 3, 4-methylenedioxymethamphetamine ("MDMA"), commonly known as

2

1  "ecstasy," and transporting it to the United States.

2       2.    ANDRE LNU would supply ORGAD, SCHWARTZ, McLAUGHLIN,
3  SALAKI, DAISY LENGKONG and/or others known to the Grand Jury with
4  MDMA to be transported to the United States.

5       3.    At ORGAD's direction, SCHWARTZ, McLAUGHLIN, DAISY
6  LENGKONG, SALAKI and others would transport the MDMA to Los
7  Angeles, California, or New York, New York, or would deliver it
8  to CINDY LENGKONG, LEDGEWOOD, KIM, and/or others ("the
9  couriers"), designated by ORGAD, in Paris, France ("Paris") and
10 elsewhere.

11      4.    At ORGAD's direction, SCHWARTZ, McLAUGHLIN, DAISY
12 LENGKONG and SALAKI would transport large quantities of cash from
13 the United States to Paris; Brussels, Belgium; Amsterdam,
14 Netherlands; and elsewhere.

15      5.    ORGAD would direct LEVY, SCHWARTZ, and McKNIGHT and
16 others to recruit couriers to travel from the United States to
17 Paris for the purpose of picking up shipments of MDMA and
18 delivering them to the United States.

19      6.    LEVY would recruit DAISY LENGKONG, SHIRLEY SALAKI,
20 CINDY LENGKONG, and others to travel from the United States to
21 Paris for the purpose of picking up shipments of MDMA and
22 delivering them to the United States.

23      7.    McKNIGHT would direct CARLETON, DRESLINKSI and SIMMS to
24 recruit and hire couriers to travel to Paris, obtain quantities
25 of MDMA, and transport it to the United States.

26      8.    CARLETON, DRESLINSKI and SIMMS would recruit couriers
27
28                                  3

in Las Vegas, Nevada, and elsewhere, including, among others, LEDGEWOOD, KIM, and individuals known to the grand jury as CI-1, CI-2, CI-3 and CI-4, by promising them an all-expense paid vacation in Paris and an opportunity to earn an additional fee for transporting a controlled substance in their luggage.

9.   The couriers would be instructed to go to the offices of the Immigration and Naturalization Service ("INS") to obtain their passports.

10.   LEVY, McKNIGHT, DAISY LENGKONG, SALAKI, CARLETON, DRESLINSKI and SIMMS would arrange for hotel accommodations for the couriers, assist them in obtaining their passports, provide airline tickets and cash for expenses, and transport the couriers to the airport in Los Angeles or Houston for the trip to Paris.

11.   McKNIGHT would further give the couriers explicit instructions concerning the type and amount of clothing and luggage they were to carry, and provide telephone numbers that they were to call when they arrived in Paris and when they returned to the United States.

12.   Once they would arrive in Paris, the couriers would remain in contact with LEVY, McKNIGHT, CARLETON, DRESLINSKI and SIMMS in order to keep other members of the conspiracy advised of their whereabouts.

13.   While in Paris, the couriers would contact the telephone numbers they were given by LEVY or McKNIGHT.

14.   SCHWARTZ, McLAUGHLIN, DAISY LENGKONG and SALAKI would then contact the couriers and arrange to meet them wherever they

4

1 | were staying.

2 |     15.   SCHWARTZ, McLAUGHLIN, DAISY LENGKONG and SALAKI would
3 | deliver false-bottomed luggage or other packages containing large
4 | quantities of MDMA to the couriers at their hotel rooms in Paris.

5 |     16.   SCHWARTZ, McLAUGHLIN, DAISY LENGKONG and SALAKI would
6 | then provide the couriers with airline tickets and money for the
7 | return trip to the United States, give them explicit instructions
8 | as to where to sit and how to conduct themselves during the trip,
9 | transport them to the airport, and remain at the gate until the
10 | flight departed.

11 |     17.   Upon their arrival in the United States, the couriers
12 | would collect their luggage and contact LEVY, DAISY LENGKONG,
13 | McKNIGHT, CARLETON, DRESLINSKI, SIMMS, and SALAKI in order to
14 | deliver the MDMA.

15 | III.   OVERT ACTS

16 |     In furtherance of the conspiracy and to accomplish the
17 | objects of the conspiracy, defendants JACOB ORGAD, aka Tony
18 | Evans, aka "Koki," DAVID LEVY ("LEVY"), MELISSA SCHWARTZ, aka
19 | "Lisa," aka "Natalie," aka "Natalya," KEVIN J. McLAUGHLIN, aka
20 | "Steve" ("McLAUGHLIN"), AARON CAIN McKNIGHT, aka "Chris" aka
21 | "Mark" ("McKNIGHT"), DAISY LENGKONG, aka "Beverly" ("DAISY
22 | LENGKONG"), SHIRLEY SALAKI, aka "Sherry" ("SALAKI"), MATTHEW
23 | CARLETON ("CARLETON"), TIMOTHY DRESLINSKI ("DRESLINSKI"), JAMES
24 | ("Jimmy") SIMMS ("SIMMS"), CINDY LENGKONG ("CINDY LENGKONG"),
25 | D'LISA LEDGEWOOD ("LEDGEWOOD"), TILDA KIM ("KIM"), and others
26 | committed various overt acts on or about the following dates,
27 |
28 |                                5

within the Central District of California and elsewhere, including, but not limited to the following:

1. In February 1999, SCHWARTZ introduced McLAUGHLIN by telephone to ORGAD for the purpose of arranging for McLAUGHLIN to travel to Paris, France ("Paris"), to pick up a load of MDMA.

2. In February 1999, ORGAD directed McLAUGHLIN to travel from Los Angeles, California, to Paris.

3. On February 25, 1999, in Paris, SCHWARTZ delivered packages containing MDMA to McLAUGHLIN.

4. On February 27, 1999, ORGAD directed McLAUGHLIN to transport the MDMA from Paris to New York, New York ("New York").

5. On February 28, 1999, in New York, ORGAD directed McLAUGHLIN to deliver the packages containing MDMA to an unidentified coconspirator.

6. On February 28, 1999, ORGAD directed McLAUGHLIN to travel from New York, to Brussels, Belgium ("Brussels").

7. On March 1, 1999, ORGAD directed McLAUGHLIN to travel from Brussels to Amsterdam, Netherlands, for the purpose of meeting with ORGAD.

8. On March 2, 1999, in Amsterdam, Netherlands, ORGAD delivered approximately 35,000 tablets of MDMA to McLAUGHLIN.

9. On March 2, 1999, ORGAD directed McLAUGHLIN to travel from Amsterdam, Netherlands, to Brussels.

10. On March 4, 1999, in Amsterdam, Netherlands, McLAUGHLIN delivered the gift-wrapped packages of MDMA to an unidentified coconspirator at the direction of ORGAD.

11. On March 5, 1999, ORGAD directed McLAUGHLIN to

6

transport approximately 20,000 tablets of MDMA from from Paris, to Los Angeles, California ("Los Angeles").

12. On March 6, 1999, in Los Angeles, McLAUGHLIN delivered 20,000 tablets of MDMA to LEVY, at the direction of ORGAD, in exchange for approximately $15,000.

13. On March 18, 1999, McLAUGHLIN traveled from Los Angeles to Paris, at the direction of ORGAD.

14. On March 20, 1999, McLAUGHLIN traveled from Paris to Brussels, at the direction of ORGAD.

15. On March 21, 1999, in Brussels ANDRE LNU delivered approximately 50,000 tablets of MDMA to McLAUGHLIN at the direction of ORGAD.

16. On March 24, 1999, McLAUGHLIN transported the 50,000 tablets of MDMA from Brussels to Paris, at the direction of ORGAD.

17. In March 1999, in Los Angeles, LEVY recruited SALAKI and CINDY LENGKONG to travel to Paris, for the purpose of picking up a load of MDMA for transport to the United States.

18. In March 1999, SALAKI and CINDY LENGKONG traveled to Paris, at the direction of LEVY.

19. On March 27, 1999, in Paris, McLAUGHLIN delivered the 50,000 tablets of MDMA to SALAKI and CINDY LENGKONG at the direction of ORGAD.

20. On March 28, 1999, SALAKI and CINDY LENGKONG transported the MDMA via airline flight from Paris to Los Angeles.

21. On March 28, 1999, in Los Angeles, LEVY met SALAKI and

7

CINDY LENGKONG at the Los Angeles International Airport, transported them to his apartment, and took the packages containing MDMA.

22. On March 28, 1999, in Los Angeles, LEVY gave SALAKI $6,000 as payment for the delivery of MDMA.

23. In April 1999, in Los Angeles, LEVY recruited SALAKI to travel to Paris, for the purpose of picking up a shipment of MDMA for transport to the United States.

24. In April 1999, in Paris, ORGAD directed McLAUGHLIN to deliver a false-bottomed suitcase containing a load of MDMA to SALAKI.

25. In April 1999, SALAKI transported the false-bottomed suitcase containing MDMA from Paris to Los Angeles via airline flight.

26. In April 1999, in Los Angeles, LEVY took the false-bottomed suitcase containing the MDMA from SALAKI and paid her $10,000.

27. In May 1999, LEVY recruited SALAKI and CINDY LENGKONG to transport currency from Los Angeles to Paris.

28. In May 1999, SALAKI and CINDY LENGKONG traveled from Los Angeles to Paris, at the direction of LEVY, carrying approximately $100,000 each.

29. In May 1999, in Paris, SALAKI and CINDY LENGKONG delivered the cash to SCHWARTZ and McLAUGHLIN.

30. In June 1999, in Los Angeles, LEVY recruited SALAKI to travel from Los Angeles to New York, for the purpose of picking up currency to be delivered to Paris.

8

31. In June 1999, SALAKI traveled from Los Angeles to New York, at the direction of LEVY.

32. In June 1999, in New York, SALAKI contacted LEVY to inform him of the location of her hotel.

33. In June 1999, in New York, McKNIGHT contacted SALAKI in her hotel room to inform her that CARLETON would be delivering cash to SALAKI.

34. In June 1999, in New York, CARLETON delivered approximately $20,000 to SALAKI at her hotel room.

35. In June 1999, in New York, an unidentified coconspirator delivered approximately $50,000 to SALAKI at her hotel room.

36. In June 1999, SALAKI transported the funds she received in New York from CARLETON and the unidentified coconspirator to Paris at the direction of LEVY.

37. In June 1999, SALAKI contacted LEVY upon her arrival in Paris.

38. In June 1999, in Paris, SCHWARTZ instructed SALAKI to travel with the funds to Brussels.

39. In June 1999, in Brussels, SALAKI delivered the funds to SCHWARTZ.

40. In June 1999, in Las Vegas, Nevada, CARLETON and DRESLINSKI to offered to send LEDGEWOOD and KIM to Paris on an "expenses paid" vacation.

41. On June 13, 1999, LEDGEWOOD and KIM traveled from Las Vegas to Los Angeles.

42. On June 13, 1999, in Los Angeles, McKNIGHT took

9

LEDGEWOOD and KIM to the Beverly Crescent Hotel and arranged for their accommodations.

43. On June 15, 1999, in Los Angeles, McKNIGHT transported LEDGEWOOD and KIM to the offices of the United States Immigration and Naturalization Service ("INS") and instructed them to obtain passports.

44. On June 16, 1999, in Los Angeles, McKNIGHT transported LEDGEWOOD and KIM to the Los Angeles International Airport and gave them airline tickets and cash for a trip to Paris.

45. On June 16, 1999, LEDGEWOOD and KIM flew from Los Angeles to Paris.

46. On June 30, 1999, in Paris, MCLAUGLHIN, at the direction of ORGAD, contacted LEDGEWOOD and KIM at their hotel room.

47. On July 3, 1999, in Paris, McLAUGHLIN brought several gift-wrapped packages containing MDMA to the hotel room of LEDGEWOOD and KIM at the direction of ORGAD.

48. On July 4, 1999, in Paris, McLAUGHLIN transported LEDGEWOOD and KIM to Charles DeGaulle International Airport in Paris and provided them with airline tickets and cash for the flight to Los Angeles.

49. On July 4, 1999, LEDGEWOOD and KIM transported the MDMA via airline flight from Paris to Los Angeles International Airport.

50. On July 4, 1999, at Los Angeles International Airport, KIM collected her luggage, containing approximately 60,000 tablets of MDMA, from the baggage claim area, and passed through

10

1  the United States Customs inspection area.

2       51.   On July 4, 1999, at Los Angeles International Airport,
3  LEDGEWOOD collected her luggage, containing approximately 30,000
4  tablets of MDMA, from the luggage claim area and proceeded to the
5  United States Customs inspection area.

6       52.   On July 4, 1999, at the Los Angeles International
7  Airport, SALAKI gave KIM a sum of U.S. currency and instructed
8  KIM to take a taxi to a hotel in Los Angeles.

9       53.   On July 4, 1999, KIM took a taxi from the Los Angeles
10 International Airport to a Los Angeles hotel.

11      54.   On July 4, 1999, in Los Angeles, McKNIGHT met KIM in
12 the lobby of the hotel and took the suitcase containing MDMA
13 transported by KIM from Paris.

14      55.   On July 4, 1999, in Los Angeles, McKNIGHT, CARLETON and
15 DRESLINSKI forced KIM to remain in the hotel room.

16      56.   On July 7, 1999, CARLETON and DRESLINSKI transported
17 KIM to Las Vegas and instructed her not to speak to anybody about
18 the trip to Paris.

19      57.   On June 18, 1999, in Las Vegas, CARLETON and DRESLINSKI
20 met with two coconspirators ("CI-1" and CI-2"), to recruit them
21 for a trip to Paris, for the purpose of picking up a load of MDMA
22 for transport into the United States.

23      58.   On June 21, 1999, CARLETON drove CI-1 and CI-2 from Las
24 Vegas to Los Angeles for the purpose of obtaining passports and
25 airline tickets for the trip to Paris.

26      59.   On June 21, 1999, in Los Angeles, McKNIGHT arranged for
27 hotel accommodations in Los Angeles for CI-1 and CI-2.

28                                11

1  60.  On June 23, 1999, in Los Angeles, McKNIGHT transported
2  CI-1 and CI-2 to the INS office in Los Angeles for the purpose of
3  obtaining their passports.

4  61.  On June 24, 1999, in Los Angeles, McKNIGHT directed CI-
5  1 and CI-2 to purchase airline tickets for the trip from Los
6  Angeles to Paris, and gave them approximately $3,000 for that
7  purpose.

8  62.  On June 24, 1999, McKNIGHT instructed CI-1 and CI-2 to
9  check in to a hotel in Paris upon their arrival.

10  63.  On June 24, 1999, CI-1 and CI-2 arrived in Paris, and
11  checked into a hotel as instructed by McKNIGHT.

12  64.  On July 8, 1999, in Paris, McLAUGHLIN gave CI-1 and CI-
13  2 French currency to change the date of their return airline
14  tickets.

15  65.  On July 8, 1999, in Paris, at the direction of ORGAD,
16  McLAUGHLIN delivered false-bottomed luggage containing MDMA to
17  CI-1 and CI-2.

18  66.  On July 9, 1999, in Paris, McLAUGHLIN gave CI-1 and CI-
19  2 French currency to change the date of their return airline
20  tickets.

21  67.  On July 9, 1999, in Paris, at the direction of ORGAD,
22  McLAUGHLIN accompanied CI-1 and CI-2, with the luggage containing
23  MDMA, to Charles DeGaulle International Airport and watched as
24  they checked their luggage and boarded a flight to the United
25  States.

26  68.  On July 9, 1999, at Los Angeles International Airport,
27  CI-1 and CI-2 collected their luggage, containing a total of

28                                    12

approximately 110,000 tablets of MDMA from the luggage claim area, and proceeded to the United States Customs inspection area.

69.  In September 1999, in Los Angeles, LEVY recruited SALAKI to transport funds from Los Angeles to Brussels.

70.  In September 1999, in Brussels, SALAKI contacted LEVY to inform him where she was staying.

71.  In September 1999, in Brussels, ANDRE LNU picked up the funds from SALAKI at her hotel.

72.  In November 1999, at the direction of LEVY, SALAKI traveled from Los Angeles to Paris.

73.  In November 1999, LEVY instructed SALAKI to travel to Antwerp, Belgium.

74.  In November 1999, SALAKI traveled by train from Paris to Antwerp, Belgium.

75.  In November 1999, at the border of Belgium and the Netherlands, ANDRE LNU delivered a suitcase containing a large quantity of MDMA to SALAKI.

76.  In November 1999, in Brussels, SALAKI delivered the MDMA to two unindicted coconspirators.

77.  In November 1999, SALAKI and the unindicted coconspirators traveled from Brussels to Paris.

78.  In November 1999, in Paris, SALAKI packaged the MDMA in socks, and concealed the socks in the suitcases belonging to the unindicted coconspirators.

79.  In November 1999, DAISY LENGKONG traveled to Paris from Los Angeles, at the direction of LEVY, for the purpose of assisting SALAKI in supervising the unindicted coconspirators.

13

1    80.   On November 4, 1999, DAISY LENGKONG and SALAKI traveled
2  with the unindicted coconspirators from Paris to Houston, Texas
3  "Houston").

4    81.   In November 1999, in Houston, CARLETON and SIMMS
5  recruited an unindicted coconspirator ("CI-3"), for a trip from
6  Houston to Paris for the purpose of transporting a load of MDMA
7  to the United States.

8    82.   On November 17, 1999, in Houston, McKNIGHT faxed a
9  travel itinerary to CI-3 for use in obtaining a passport.

10    83.   On November 18, 1999, in Houston, CARLETON and SIMMS
11  accompanied CI-3, her two minor children, and an unindicted
12  coconspirator to Houston Intercontinental Airport and provided
13  them with airline tickets for the flight to Paris.

14    84.   On November 21, 1999, in Paris, DAISY LENGKONG
15  contacted CI-3 at CI-3's hotel room.

16    85.   On November 22, 1999, in Paris, DAISY LENGKONG
17  delivered a suitcase containing socks filled with MDMA to CI-3's
18  hotel room and accompanied CI-3, her two minor children, and an
19  unindicted coconspirator to Charles DeGaulle International
20  Airport in Paris.

21    86.   On November 22, 1999, in Houston, McKNIGHT, CARLETON
22  and SIMMS met CI-3, her two minor children and an unindicted
23  coconspirator upon their arrival at Houston International Airport
24  on the flight from Paris.

25    87.   On November 22, 1999, in Houston, McKNIGHT and CARLETON
26  took the luggage containing the MDMA from CI-3.

27    88.   On November 23, 1999, in Houston, McKNIGHT and SIMMS

28                               14

1  returned the luggage containing the MDMA to CI-3 at a hotel.

2      89.  On November 23, 1999, in Houston, McKNIGHT and SIMMS

3  instructed CI-3 to fly to New York.

4      90.  On November 23, 1999, in Houston, McKNIGHT instructed

5  CI-3 to wait in a hotel room in New York for a "runner" to pick

6  up the socks containing MDMA.

7      91.  On November 23, 1999, in Houston, SIMMS delivered

8  approximately $10,000 to CI-3 as payment for the delivery of the

9  MDMA.

10      92.  In December 1999, DAISY LENGKONG and SALAKI traveled

11  from Los Angeles to Paris, at the direction of LEVY.

12      93.  In December 1999, DAISY LENGKONG and SALAKI traveled

13  from Paris to Antwerp, at the direction of LEVY.

14      94.  In December 1999, DAISY LENGKONG and SALAKI returned

15  from Antwerp to Paris, to await further instruction from ORGAD

16  about receiving a load of MDMA.

17      95.  In December 1999, in Paris, LEVY instructed DAISY

18  LENGKONG and SALAKI to again return to Brussels.

19      96.  In December 1999, in Brussels, SALAKI received two

20  suitcases containing MDMA.

21      97.  In December 1999, in Paris, DAISY LENGKONG and SALAKI

22  packaged the MDMA in socks.

23      98.  In December 1999, in Houston, CARLETON and SIMMS

24  recruited an unindicted coconspirator ("CI-4") for a trip from

25  Houston to Paris, for the purpose of obtaining a shipment of MDMA

26  for transport to the United States.

27      99.  In December 1999, in Houston, CARLETON and SIMMS

28                              15

instructed CI-4 to travel in the company of a woman and child in order to avoid detection.

100. On December 9, 1999, in Houston, McKNIGHT and CARLETON provided airline tickets to CI-4 for travel to Paris.

101. On December 9, 1999, McKNIGHT and CARLETON directed CI-4, accompanied by an unindicted coconspirator and her minor child, to travel from Houston to Paris.

102. On December 10, 1999, in Paris, CI-4 checked in to a hotel room in Paris, at the direction of McKNIGHT.

103. On December 14, 1999, in Paris, SALAKI contacted CI-4 at his hotel room in Paris.

104. On December 15, 1999, in Paris, SALAKI instructed CI-4 to change hotels.

105. On December 15, 1999, in Houston, McKNIGHT wired funds to CI-4 in Paris, via Western Union.

106. On December 16, 1999, in Houston, McKNIGHT instructed CI-4 by telephone to schedule his return flight from Paris to Houston.

107. On December 17, 1999, in Paris, SALAKI delivered the shipment of MDMA, packed in socks, to CI-4.

108. On December 17, 1999, in Paris, SALAKI accompanied CI-4 to Charles DeGaulle International Airport and observed as CI-4 checked his luggage for Continental Airlines flight 4990 to Houston.

109. On December 17, 1999, DAISY LENGKONG flew from Paris to Houston on Continental Airlines flight 4990 for the purpose of monitoring the activities of CI-4 and the individuals traveling

with him.

110. On December 18, 1999, DAISY LENGKONG, SALAKI, and CI-4 arrived in Houston on Continental Airlines flight 4990 in possession of approximately 200,000 tablets of MDMA.

17

COUNT TWO

[21 U.S.C. § 848(a)]

Beginning in or about February 1999, and continuing until on or about April 4, 2000, in the Central District of California, and elsewhere, defendant JACOB ORGAD, aka Tony Evans, aka "Koki," unlawfully, knowingly and intentionally engaged in a continuing criminal enterprise in that defendant ORGAD knowingly and intentionally violated provisions of Title 21, United States Code, Sections 841(a)(1), 846, 952(a) and 963, including but not limited to the felony violations alleged in Counts One, Four through Nine, Twelve through Fifteen, Twenty-two, and Twenty-three of this Indictment, which counts are realleged and incorporated herein by reference as if fully set forth in this count, and which violations were part of a continuing series of violations of subchapters I and II of Title 21 of the United States Code, undertaken by defendant ORGAD in concert with at least five (5) other persons with respect to whom defendant ORGAD occupied a position of organizer, supervisor and manager, and from which continuing series of violations defendant ORGAD obtained substantial financial income and resources.

18

COUNT THREE

[21 U.S.C. § 848(a)]

Beginning in or about February 1999, and continuing until on or about April 4, 2000, in the Central District of California, and elsewhere, defendant DAVID LEVY unlawfully, knowingly and intentionally engaged in a continuing criminal enterprise in that defendant LEVY knowingly and intentionally violated provisions of Title 21, United States Code, Sections 841(a)(1), 846, 952(a) and 963, including but not limited to the felony violations alleged in Counts One, Five, Seven, Nine through Eleven, Sixteen through Nineteen, and Twenty-one through Twenty-three of this Indictment, which counts are realleged and incorporated herein by reference as if fully set forth in this count, and which violations were part of a continuing series of violations of subchapters I and II of Title 21 of the United States Code, undertaken by defendant LEVY in concert with at least five (5) other persons with respect to whom defendant LEVY occupied a position of organizer, supervisor and manager, and from which continuing series of violations defendant LEVY obtained substantial financial income and resources.

19

COUNT FOUR

[21 U.S.C. § 959]

On or about March 2, 1999, defendant JACOB ORGAD, aka Tony Evans, aka "Koki," knowingly and intentionally distributed a controlled substance, namely, 3,4-methylenedioxy-methamphetamine, a Schedule I controlled substance, intending that said controlled substance be unlawfully imported into the United States and knowing that such substance would be unlawfully imported into the United States.

20

COUNT FIVE

[21 U.S.C. § 952(a)]

On or about March 5, 1999, in Los Angeles County, within the Central District of California, defendants JACOB ORGAD, aka Tony Evans, aka "Koki," DAVID LEVY, and KEVIN J. McLAUGHLIN, aka "Steve," knowingly and intentionally imported into the customs territory of the United States from a place outside the United States, a controlled substance in Schedule I of subchapter I of Title 21 of the United States Code, namely, 3,4-methylenedioxymethamphetamine ("MDMA").

21

COUNT SIX

[21 U.S.C. § 959]

On or about March 21, 1999, JACOB ORGAD, aka Tony Evans, aka "Koki," and ANDRE LNU knowingly and intentionally distributed a controlled substance, namely, 3,4-methylenedioxy-methamphetamine, a Schedule I controlled substance, intending that said controlled substance be unlawfully imported into the United States and knowing that such substance would be unlawfully imported into the United States.

22

COUNT SEVEN

[21 U.S.C. § 952(a)]

On or about March 28, 1999, in Los Angeles County, within the Central District of California, defendants JACOB ORGAD, aka Tony Evans, aka "Koki," DAVID LEVY, KEVIN J. McLAUGHLIN, aka "Steve," SHIRLEY SALAKI aka "Beverly," and CINDY LENGKONG knowingly and intentionally imported into the customs territory of the United States from a place outside the United States, a controlled substance in Schedule I of subchapter I of Title 21 of the United States Code, namely, 3,4-methylenedioxymethamphetamine ("MDMA").

23

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COUNT EIGHT

[21 U.S.C. § 959]

In or about April 1999, JACOB ORGAD, aka Tony Evans, aka "Koki," and KEVIN J. McLAUGHLIN aka "Steve," knowingly and intentionally distributed a controlled substance, namely, 3,4-methylenedioxy-methamphetamine, a Schedule I controlled substance, intending that said controlled substance be unlawfully imported into the United States and knowing that such substance would be unlawfully imported into the United States.

24

COUNT NINE

[21 U.S.C. § 952(a)]

On or about April, 1999, in Los Angeles County, within the Central District of California, defendants JACOB ORGAD, aka Tony Evans, aka "Koki," DAVID LEVY, and SHIRLEY SALAKI aka "Beverly," knowingly and intentionally imported into the customs territory of the United States from a place outside the United States, a controlled substance in Schedule I of subchapter I of Title 21 of the United States Code, namely, 3,4-methylenedioxymethamphetamine ("MDMA").

25

COUNT TEN

[18 U.S.C. § 1956(a)(2)(A)]

In or about May 1999, defendants DAVID LEVY, SHIRLEY SALAKI aka "Beverly," and CINDY LENGKONG knowingly and intentionally transported, transmitted and transferred monetary instruments and funds from a place inside the United States, namely, Los Angeles, California, to a place outside the United States, namely, Paris, France, with the intent to promote the carrying on of a specified unlawful activity, namely, the felonious importation, receiving, buying, selling and otherwise dealing in controlled substances, punishable under a law of the United States.

26

1

## COUNT ELEVEN

2

### [18 U.S.C. § 1956(a)(2)(A)]

3    In or about June 1999, DAVID LEVY, MELISSA SCHWARTZ, aka

4 "Natalie," aka "Natalya," and SHIRLEY SALAKI, aka "Beverly,"

5 knowingly and intentionally transported, transmitted and

6 transferred monetary instruments and funds from a place inside

7 the United States, namely, New York, New York, to a place outside

8 the United States, namely, Paris, France, with the intent to

9 promote the carrying on of a specified unlawful activity, namely,

10 the felonious importation, receiving, buying, selling and

11 otherwise dealing in controlled substances, punishable under a

12 law of the United States.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                    27

COUNT TWELVE

[21 U.S.C. § 959]

On or about July 4, 1999, defendants JACOB ORGAD, aka Tony Evans, aka "Koki," and KEVIN J. McLAUGHLIN aka "Steve," knowingly and intentionally distributed a controlled substance, namely, 3,4-methylenedioxy-methamphetamine, a Schedule I controlled substance, intending that said controlled substance be unlawfully imported into the United States and knowing that such substance would be unlawfully imported into the United States.

28

COUNT THIRTEEN

[21 U.S.C. § 952(a)]

On or about July 4, 1999, in Los Angeles County, within the Central District of California, defendants JACOB ORGAD, aka Tony Evans, aka "Koki," AARON CAIN McKNIGHT, aka "Chris," aka "Mark," SHIRLEY SALAKI aka "Beverly," MATTHEW CARLETON, TIMOTHY DRESLINSKI, D'LISA LEDGEWOOD, and TILDA KIM knowingly and intentionally imported into the customs territory of the United States from a place outside the United States, a controlled substance in Schedule I of subchapter I of Title 21 of the United States Code, namely, 3,4-methylenedioxymethamphetamine ("MDMA").

29

COUNT FOURTEEN

[21 U.S.C. § 959]

On or about July 8, 1999, defendants JACOB ORGAD, aka Tony Evans, aka "Koki," and KEVIN J. McLAUGHLIN aka "Steve," knowingly and intentionally distributed a controlled substance, namely, 3,4-methylenedioxy-methamphetamine, a Schedule I controlled substance, intending that said controlled substance be unlawfully imported into the United States and knowing that such substance would be unlawfully imported into the United States.

30

COUNT FIFTEEN

[21 U.S.C. § 952(a)]

On or about July 9, 1999, in Los Angeles County, within the Central District of California, defendants JACOB ORGAD, aka Tony Evans, aka "Koki," AARON CAIN McKNIGHT aka "Chris," aka "Mark," MATTHEW CARLETON, and TIMOTHY DRESLINSKI knowingly and intentionally imported into the customs territory of the United States from a place outside the United States, a controlled substance in Schedule I of subchapter I of Title 21 of the United States Code, namely, 3,4-methylenedioxy-methamphetamine ("MDMA").

COUNT SIXTEEN

[18 U.S.C. § 1956(a)(2)(A)]

In or about September 1999, defendants DAVID LEVY and
SHIRLEY SALAKI, aka "Beverly," knowingly and intentionally
transported, transmitted and transferred monetary instruments and
funds from a place inside the United States, namely, New York,
New York, to a place outside the United States, namely, Brussels,
Belgium, with the intent to promote the carrying on of a
specified unlawful activity, namely, the felonious importation,
receiving, buying, selling and otherwise dealing in controlled
substances, punishable under a law of the United States.

32

COUNT SEVENTEEN

[21 U.S.C. § 959]

In or about November 1999, defendants ANDRE LNU and DAVID LEVY knowingly and intentionally distributed a controlled substance, namely, 3,4-methylenedioxymethamphetamine, a Schedule I controlled substance, intending that said controlled substance be unlawfully imported into the United States and knowing that such substance would be unlawfully imported into the United States.

33

COUNT EIGHTEEN

[21 U.S.C. § 959]

In or about November 1999, defendants DAVID LEVY and SHIRLEY SALAKI knowingly and intentionally distributed a controlled substance, namely, 3,4-methylenedioxymethamphetamine, a Schedule I controlled substance, intending that said controlled substance be unlawfully imported into the United States and knowing that such substance would be unlawfully imported into the United States.

34

COUNT NINETEEN

[21 U.S.C. § 952(a)]

In or about November 1999, in Los Angeles County, within the Central District of California, defendants DAVID LEVY, DAISY LENGKONG and SHIRLEY SALAKI, aka "Beverly," knowingly and intentionally imported into the customs territory of the United States from a place outside the United States, a controlled substance in Schedule I of subchapter I of Title 21 of the United States Code, namely, 3,4-methylenedioxy-methamphetamine ("MDMA").

35

COUNT TWENTY

[21 U.S.C. § 959]

On or about November 22, 1999, defendant DAISY LENGKONG knowingly and intentionally distributed a controlled substance, namely, 3,4-methylenedioxymethamphetamine, a Schedule I controlled substance, intending that said controlled substance be unlawfully imported into the United States and knowing that such substance would be unlawfully imported into the United States.

36

COUNT TWENTY-ONE

[21 U.S.C. § 952(A)]

On or about November 22, 1999, in Los Angeles County, within the Central District of California, defendants DAVID LEVY, DAISY LENGKONG, AARON CAIN McKNIGHT aka "Chris," aka "Mark," MATTHEW CARLETON, and JAMES SIMMS knowingly and intentionally imported into the customs territory of the United States from a place outside the United States, a controlled substance in Schedule I of subchapter I of Title 21 of the United States Code, namely, 3,4-methylenedioxymethamphetamine ("MDMA").

37

COUNT TWENTY-TWO

[21 U.S.C. § 959]

In or about December 1999, defendants JACOB ORGAD, aka Tony Evans, aka "Koki," DAVID LEVY and ANDRE LNU knowingly and intentionally distributed a controlled substance, namely, 3,4-methylenedioxymethamphetamine, a Schedule I controlled substance, intending that said controlled substance be unlawfully imported into the United States and knowing that such substance would be unlawfully imported into the United States.

38

COUNT TWENTY-THREE

[21 U.S.C. § 952(a)]

In or about December, 1999, in Los Angeles County, within the Central District of California, defendants JACOB ORGAD, aka Tony Evans, aka "Koki," DAVID LEVY, DAISY LENGKONG and SHIRLEY SALAKI aka "Beverly" knowingly and intentionally imported into the customs territory of the United States from a place outside the United States, a controlled substance in Schedule I of subchapter I of Title 21 of the United States Code, namely, 3,4-methylenedioxymethamphetamine ("MDMA").

A TRUE BILL

Foreperson

ALEJANDRO N. MAYORKAS
United States Attorney


GEORGE C. CARDONA
Assistant United States Attorney
Chief, Criminal Division


JOHN S. GORDON
Assistant United States Attorney
Chief, Narcotics Section

39